IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23 CV 273 MR WCM

| | |
|---|---|
| DAMON E. BIDDLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| GRAIN TECHNOLOGY, INC.; EQUIFAX ) | |
| INFORMATION SERVICES, LLC; and ) | |
| TRANSUNION, LLC, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 16) filed by Matthew R. Gambale. The Motion indicates that Mr. Gambale, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Nathan C. Volheim, who the Motion represents as being a member in good standing of the Bar of Illinois. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 16) and **ADMITS** Nathan C. Volheim to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: December 4, 2023

W. Carleton Metcalf
United States Magistrate Judge